# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARMANDO RUIZ-BALLESTEROS,<br><br>             Defendant-Petitioner,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>             Respondent. | CASE NO. 13-CV-0075 W<br>            12-CR-3674 W<br><br>**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS [DOC. 22]** |

Pending before the Court is Petitioner Jose Armando Ruiz-Ballesteros's Motion for Time Reduction by an Inmate in Federal Custody Under 28 U.S.C. § 2255 (the "Petition" [Doc. 22]). The Court has reviewed the Petition, as well as the relevant records on the docket.

The record establishes that on September 28, 2012, Petitioner entered into a fast-track Plea Agreement, and waived both his right to appeal and collaterally attack his conviction and sentence. (*Plea Agreement* [Doc. 13] ¶ XI.) The Petition does not raise any challenge to the validity of that waiver. Additionally, having reviewed the Plea Agreement, the Court finds that Petitioner knowingly and voluntarily waived his right to appeal and collaterally attack his sentence. This Court, therefore, lacks jurisdiction to consider any collateral challenge to his conviction and sentence. See Washington v. Lampert, 422 F.3d 864 F.3d 864, 869–70 (9th Cir. 2005) (recognizing that if

1  sentencing stipulation's waiver of the right to file a federal habeas petition was valid,
2  district court lacked jurisdiction to hear the case).
3      Accordingly, the Court **DENIES** the Petition [Doc. 22].
4      **IT IS SO ORDERED.**

6  DATED: April 11, 2013

                                                                          _____
Hon. Thomas J. Whelan
United States District Judge